429 A.2d 77

Commonwealth v. Davis, Appellant.

586

Submitted November 16, 1979. Thomas P. Ruane, Jr., for appellant; Gerald R. Solomon, District Attorney for Commonwealth, appellee.

Before PRICE, HESTER, and CAVANAUGH, JJ.

Judgment of sentence affirmed.